No. 00–10567. GIBSON v. MINETA, SECRETARY OF TRANSPORTATION. C. A. 9th Cir. Certiorari denied.

No. 00–10568. GIACUMBO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10569. HAMMETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10570. HOGAN v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10571. HILL v. ELTING ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10572. FAUGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10573. GUANLAO v. LOONEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10574. MCINTOSH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10575. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10576. WHEELER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10577. WILLOYA v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 00–10578. BURTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10579. SIERRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10580. BAPTISTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10581. BONDS v. RODRIQUEZ ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.